UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No.: 22-14959-LMI

ISAAC HALWANI, AND                                  Chapter 7
GISELLE HALWANI,

    Debtors.
_____/

MARCIA T. DUNN, Chapter 7 Trustee,                  Adv. Case No.: 25-01155-LMI

    Plaintiff,
v.

JOSE BUCAY BISSU AKA JOSE BUCAY and
THE JOSE BUCAY BISSU REVOCABLE
TRUST,

    Defendants.
_____/

### DEFENDANTS' MOTION TO QUASH SERVICE OF PROCESS OF ADVERSARY COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

COME NOW the Defendants, JOSE BUCAY BISSU AKA JOSE BUCAY and THE JOSE BUCAY BISSU REVOCABLE TRUST, by and through the undersigned attorney and move this Court to quash service of process of the adversary summons and complaint and states as follows:

1. On or about June 4, 2025, the Trustee filed her adversary proceeding in this case and attempted service of the summons and complaint upon Defendants on June 13, 2025.

2. According to the Certificate of Service (COS) filed by the Trustee on June 13, 2025, the COS purports to confirm service upon the defendants by both regular United States mail as well as certified mail with tracking number of #7022 3330 0002 0104 9174.

3. Service of process was attempted at the address of 20740 NE 30th PL, Miami, FL 33180.

4. Service of process of this Adversary Proceeding must be made pursuant to Bankruptcy Rule 7004, which states in pertinent part:

> (b) … a copy of a summons and complaint may be served by first-class mail, postage prepaid, within the United States on:
>
> (1) an individual except an infant or an incompetent person--by mailing the copy to the **individual's dwelling or usual place of abode or where the individual regularly conducts a business or profession**;

[Rule 7004(b)] [Emphasis added]

5. A search of the USPS certified mail tracking for the referenced number reveals only that the delivery was made to an 'individual' with no identification. [See delivery receipt attached as Exhibit A]

6. The address where the summons and Complaint were sent, 20740 NE 30th PL, Miami, FL 33180, is neither the Defendant's dwelling, usual place of abode or where the Defendant regularly conducts business.

7. As such, the address of service in this case is incorrect and any attempted service of these Defendants at such address is ineffective to acquire personal jurisdiction over the Defendants.

8. Furthermore, the address listed above is in fact the personal residence of Adolfo Bucay, who resides there with his mother, and sister. Adolfo Bucay has resided at this address since approximately January 2023. At no time has Jose Bucay resided or visited this residence address during the past 2 ½ years. [See affidavit of Adolfo Bucay attached hereto as Exhibit B]

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH

As set forth in *In re Cutuli,* 389 F. Supp. 3d 1051 (M.D. Fla. 2019):

> Rule 7004, Federal Rules of Bankruptcy Procedure, governs service of the summons and the complaint in an adversary proceeding and authorizes both personal service under Rule 7004(a) and mail service under Rule 7004(b).

Service of a summons and complaint in an adversary proceeding is governed by Fed. R. Bankr. P. 7004. **A plaintiff conducting service pursuant to Rule 7004 must strictly comply with the Rule's requirements**. *In re Hutto*, 647 B.R. 294 (Bankr. D.S.C. 2022). [Emphasis added] Moreover, as the Court is well aware and as further stated in *Cutuli, id*.:

> Without effective service of process, a court lacks personal jurisdiction over the defendant and lacks the power to enter judgment. *In re Worldwide Web Sys., Inc.,* 328 F.3d 1291, 1298–1301 (11th Cir. 2003). Personal jurisdiction is a "composite notion" comprised of two distinct concepts: a defendant's "amenability to jurisdiction" and "notice to the defendant through valid service of process." *Prewitt Enters., Inc. v. Org. of Petroleum Exp. Countries,* 353 F.3d 916, 925 n.15 (11th Cir. 2003) (quotation omitted). Even if amenable to jurisdiction, a defendant "is not obliged to engage in litigation unless [officially] notified of the action ... under a court's authority, by formal process." *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999).

Finally, actual notice by the Defendant is not of any import and does not cure defective service engaged in by the Plaintiff.

> **"[A]ctual knowledge of the adversary proceeding is not a substitution for service of process, nor does it cure 'technically defective service of process'** effectuated by the Plaintiff.") After receiving ineffective service, Cutuli remained "free to ignore the judicial proceedings, risk a default judgment, and then challenge that judgment on jurisdictional grounds ...." *Ins. Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee,* 456 U.S. 694, 706–07, 102 S.Ct. 2099, 72 L.Ed.2d 492 (1982).

*Cutuli, id*. at 1059. [Emphasis added]

## CONCLUSION

Defendants were not served pursuant to Rule 7004, which must be strictly complied with in order to effectuate valid service of the adversary Complaint. Service was attempted at an address which is neither the dwelling or usual place of abode of the Defendants and the Defendants conduct no business at the service address. Service is defective and this Court has acquired no jurisdiction over the Defendants. Service of process must be quashed.

WHEREFOERE Defendants pray this Honorable Court grant the above and foregoing motion to quash service of process.

> Respectfully submitted,
>
> STAN L. RISKIN, P.A.
>
> /s/Stan L. Riskin
> Fla. Bar No. 129106
> Attorney for Defendants
> 19195 Mystic Pt. Dr.., Apt 1601
> Aventura, FL 33180
> Telephone:    954 727 8271
> Email: Stan.riskin@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 23RD day of July, 2025, upon all registered users in this case.

> By:    /s/ STAN L. RISKIN
>         STAN L. RISKIN, Esq.

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

**70223330000201049174**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 5:44 pm on June 17, 2025 in MIAMI, FL 33180.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

MIAMI, FL 33180
June 17, 2025, 5:44 pm

See All Tracking History

**Feedback**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates          ˅

USPS Tracking Plus®           ˅

Product Information           ˅

See Less ^

Track Another Package

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 22-14959-LMI

ISAAC HALWANI, AND  Chapter 7
GISELLE HALWANI,
    Debtors.
_____/

MARCIA T. DUNN, Chapter 7 Trustee,  Adv. Case No.: 25-01155-LMI

    Plaintiff,
v.

JOSE BUCAY BISSU AKA JOSE BUCAY and
THE JOSE BUCAY BISSU REVOCABLE
TRUST,

    Defendants.
_____/

### AFFIDAVIT OF ADOLFO BUCAY IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SERVICE OF PROCESS OF ADVERSARY COMPLAINT

STATE OF FLORIDA    )
                              ) ss
COUNTY OF MIAMI-DADE  )

    BEFORE ME, the undersigned authority, personally appeared ADOLFO BUCAY, who after being duly sworn under oath, states as follows:

1. I am Adolfo Bucay, and I am over the age of 18 and otherwise sui juris. I make this affidavit upon personal knowledge of the facts and statements contained herein.

2. I currently reside at the address of 20740 NE 30th Place, Miami, FL 33180.

3. I have lived there with my mother and sister for approximately 2 ½ years.

4. Jose Bucay is my father and he does not and has not resided at that address in over 2 ½ years since my mother and father (Jose Bucay) divorced.

EXHIBIT B

5. 20740 NE 30the Place, Miami, FL is not the residence, dwelling or usual place of abode of Jose Bucay and he does not transact or conduct business at this address.

**FURTHER AFFIANT SAYETH NAUGHT:**

_____
Adolfo Bucay

The foregoing instrument was acknowledged before me on July 22, 2025, by Adolfo Bucay, who is ___ personally known to me or ✓ produced FDL #B238788186000 as identity and, under oath, stated that the facts laid out herein are true and correct.

**(AFFIX SEAL OR STAMP HERE)**

_____
Signature of Notary Public, State of Florida

CAROLINA SERPA
Notary Public-State of Florida
Commission # HH 477954
My Commission Expires
January 13, 2028

2