

ORDERED in the Southern District of Florida on August 21, 2025.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ISAAC HALWANI, and GISELLE HALWANI,      Case No.: 22-14959-LMI
                                         Chapter 7
    Debtors.
_____/
MARCIA T. DUNN, Chapter 7 Trustee,
                                         Adv. Case No. 25-01155-LMI
    Plaintiff,
v.

JOSE BUCAY BISSU AKA JOSE BUCAY and
THE JOSE BUCAY BISSU REVOCABLE
TRUST,

    Defendant(s).
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO QUASH
SERVICE OF PROCESS OF ADVERSARY COMPLAINT**

**THIS MATTER** having come before the Court for hearing on August 7, 2025, upon the *Defendants' Motion to Quash Service of Process of Adversary Complaint and Incorporated Memorandum of Law* (the "Motion to Quash") [D.E. 7] and the Trustee's Response in Opposition

[D.E. 12], and the Court, having reviewed the Motion, having heard argument of counsel, which is incorporated by reference, and for good cause shown, finds as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. The Motion to Quash is **GRANTED** with respect to service of process on Defendants at 20740 NE 30th PL, Miami, FL 33180.

2. The granting of the Motion to Quash is without prejudice to the Trustee moving *ex parte* for an alias summons to effectuate serve of process on Defendants.

3. The Court retains jurisdiction to enforce the terms of this Order.

###

Submitted by:
David A. Blansky, Esq.
Florida Bar No. 1033002
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
dblansky@dunnlawpa.com

*Attorney Blansky is directed to serve a confirmed copy of this Order upon all interested parties and to file proof of such service with the Court.*